# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEXANDER ESPINOZA-MARQUEZ, <br><br>               Petitioner, <br><br>       v. <br><br> MARKWAYNE MULLIN, et al., <br><br>               Respondents. | CASE NO. 5:26-cv-3706-SK <br><br> **ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Jorge Alexander Espinoza-Marquez petitions for release from ICE custody under 28 U.S.C. § 2241 following his arrest and detention by ICE on April 16, 2026.  Respondents "are not presenting an opposition argument at this time." (ECF 8).  The Court thus construes the habeas petition as unopposed.  So construed, the petition is GRANTED.  Petitioner Jorge Alexander Espinoza-Marquez (A# 243-097-940) is ordered released from ICE custody immediately on the terms of his most recent order of supervision in effect before April 16, 2026.  Judgment will be entered accordingly.

      IT IS SO ORDERED.

DATED: <u>July 13, 2026</u>

                                         STEVE KIM
                                         United States Magistrate Judge