**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEXANDER ESPINOZA-MARQUEZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

CASE NO. 5:26-cv-3706-SK

**JUDGMENT**

Pursuant to the court's Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted and that Petitioner **Jorge Alexander Espinoza-Marquez** (**A# 243-097-940**) is ordered released from ICE custody immediately on the terms of his most recent order of supervision in effect before April 16, 2026.

DATED: July 13, 2026

STEVE KIM
United States Magistrate Judge